**3**

Carl W. Collins (State Bar No. 109282)
Attorney at Law
1127-12th Street, Suite 106
P.O. Box 3291
Modesto, California  95353
Telephone: (209) 521-8100
Facsimile: (209 524-8461
E-mail: carl@cwcollinslaw.com

Attorney for Trustee
Michael D. McGranahan

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### (Modesto Division)

| | |
|---|---|
| In re:<br><br>Tina M. Brown,<br><br>P.O. Box 3931<br>Sonora, CA 95370<br><br>S.S. xxx-xx-6906<br><br>Debtor. | Case No: 10-94467<br><br>Chapter 7 Case<br><br>DC No. CWC-4<br><br>Date:  August 22, 2013<br>Time:  10:30 a.m.<br>Place: Modesto Courtroom<br>       Department E |

**NOTICE OF CONTINUED HEARING ON TRUSTEE'S MOTION**

**TO HOLD PERSON IN CONTEMPT**

To: Tim Brown and his counsel of record, United States Trustee and Other Parties In Interest:

NOTICE IS HEREBY GIVEN that, by order of the court, the hearing on Trustee's Motion to Hold Person in Contempt, has been continued from August 8, 2013, to <u>August 22, 2013, at 10:30 a.m.</u> The hearing shall take place in Department E of the United States bankruptcy Court for the Eastern District of California, Modesto Division, before the Honorable Ronald H. Sargis, presiding U.S. Bankruptcy Judge.  The courthouse is located at 1200 "I" Street, Suite 4, Modesto, California.

The Court has further ordered Tim Brown to appear in person at the continued hearing at 10:30 a.m. on August 22, 2013. The appearance must be made in person, with no telephonic appearance by Tim Brown permitted for this hearing.

The Court has further ordered that if Tim Brown fails to attend the August 22, 2013 hearing, the court shall issue corrective sanctions (in addition to such sanctions as warranted under the present Motion), which may include,

1. $1,000 in corrective monetary sanctions,

2. Ordering Tim Brown to appear at a further continued hearing, with the failure to do so basis for the court issuing further corrective sanctions in the amount of $2,000.00, and

3. Issuing an order for the U.S. Marshall to take Tim Brown into custody, present him before the court, and hold him in custody until he delivers the items as ordered by the court to the Chapter 7 Trustee.

Dated: 8-12-13

Law Office of Carl W. Collins

_____
Carl W. Collins, Esq.
Attorney for Trustee

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Tina M. Brown | **Case No :** | 10-94467 - E - 7 |
| | | **Date :** | 8/8/13 |
| | | **Time :** | 10:30 |
| **Matter :** | [63] - Motion/Application For Contempt [CWC-4] Filed by Trustee Michael D. McGranahan (rios) | | |
| **Judge :** | Ronald H. Sargis | | |
| **Courtroom Deputy :** | Janet Larson | | |
| **Reporter :** | NOT RECORDED | | |
| **Department :** | E | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion for Contempt filed by the Chapter 7 Trustee having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the hearing on the Motion to Hold Person in Contempt is continued to 10:30 a.m. on August 22, 2013, at the Modesto Division Courthouse.

IT IS FURTHER ORDERED that Tim Brown is ordered to appear in person at the continued hearing at 10:30 p.m. on August 22, 2013. The appearance must be made in person, with no telephonic appearance by Tim Brown permitted for this hearing.

IT IS FURTHER ORDERED that if Tim Brown fails to attend the August 22, 2013 hearing, the court shall issue corrective sanctions (in addition to such sanctions as warranted under the present Motion), which may include,

1. $1,000.00 in corrective monetary sanctions,

2. Ordering the Tim Brown to appear at a further continued hearing, with the failure to do so the basis for the court issuing further corrective sanctions in the amount of $2,000.00, and

3. Issuing an order for the U.S. Marshal to take Tim Brown into custody, present him before the court, and hold him in custody until he delivers the items as ordered by the court to the Chapter 7 Trustee.